COM.

v.

WUNNER, W.

**817 MDA 2016**

Superior Court of Pennsylvania.

08/07/2017

CP–40–CR–0003445–2014
(Luzerne)

Affirmed

KESSLER, L.

v.

KESSLER, K.

**1581 MDA 2016**

Superior Court of Pennsylvania.

08/07/2017

CI–11–01958
(Lancaster)

Affirmed

BAYVIEW LOAN SERVICING, LLC

v.

DOWELL, Z.

**1855 MDA 2016**

Superior Court of Pennsylvania.

08/07/2017

2014–873 (Perry)

Vacated/Remanded

COM.

v.

FERGUSON, C.

**1966 MDA 2016**

Superior Court of Pennsylvania.

08/07/2017

CP–67–CR–0006179–2014
(York)

Vacated/Remanded